UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               Case. No. 22-cr-20338-1

v.

                                HON. STEPHEN J. MURPHY, III

DONALD DEAN,

        Defendant.
        _____/

## **STIPULATION TO ADJOURNING SENTENCING**

NOW COME the parties, and hereby stipulate to adjourning the sentencing date in this matter based on the Probation Department's need for additional time to investigate Defendant's out of state prior criminal history. The parties stipulate to adjourning sentencing by approximately 75 days, from November 17, 2022 until March 2, 2023 at 10:30 a.m. to enable the completion of the Presentence Report.

**IT IS SO STIPULATED.**

| | |
|---|---|
| *s/Corinne M. Lambert* (w/ consent) | *s/David C. Tholen* |
| Corinne M. Lambert | David C. Tholen |
| Special Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street | Federal Community Defender |
| Suite 2001 | 613 Abbott, Ste. 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Dated: 10/20/22 | Dated: 10/20/22 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case. No. 22-cr-20338-1

v.

                                    HON. STEPHEN J. MURPHY, III

DONALD DEAN,

        Defendant.
_____/

## ORDER ADJOURNING SENTENCING

Based on the above stipulation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and sentencing, and the time from November 17, 2022 until March 2, 2023, the new sentencing date shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

Accordingly, the sentencing date shall be adjourned from November 17, 2022 until March 2, 2023 at 10:30 a.m.

        **SO ORDERED.**

                                          s/Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
Dated: October 20, 2022             United States District Court Judge