# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 22-cr-20338-1

v.

                                       HON. STEPHEN J. MURPHY, III

DONALD DEAN,

       Defendant.

_____/

**STIPULATED ORDER EXTENDING TIME FOR FILING PSR OBJECTIONS**

NOW COME the parties, pursuant to LCrR 32.1(b), and hereby stipulate to extending the time to file objections to the initial Presentence Report filed in this case from February 3, 2023 until February 10, 2023.

**SO ORDERED.**

                                          s/Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
Dated: February 9, 2023           United States District Court Judge

**IT IS SO STIPULATED.**

| | |
|---|---|
| *s/Corinne M. Lambert* (w/ consent) | *s/David C. Tholen* |
| Corinne Lambert | David C. Tholen |
| SAUSA | Attorney for Defendant |
| 211 W. Fort Street | Federal Community Defender |
| Suite 2001 | 613 Abbott, Ste. 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Dated: 2/8/23 | Dated: 2/8/23 |