UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

DONALD DEAN,

          Defendant.
_____/

Case No. 22-cr-20338-1

HON. STEPHEN J. MURPHY, III

## STIPULATED ORDER ADJOURNING SENTENCING

NOW COME the parties, and hereby stipulate to adjourning the sentencing date in this matter based on the Court's inability to proceed based on illness and a pending trial which must proceed upon the Court's return both of which make the present sentencing date of March 30, 2023 unfeasible.  The parties stipulate to adjourning sentencing by approximately 45–60 days, from March 30, 2023 until May 18, 2023 at 11:30 a.m.

SO ORDERED.

Dated: March 24, 2023

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Court Judge

**IT IS SO STIPULATED.**

s/Corinne M. Lambert (w/ consent)
Corinne M. Lambert
Special Assistant U.S. Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
Dated: 3/23/23

s/David C. Tholen
David C. Tholen
Attorney for Defendant
Federal Community Defender
613 Abbott, Ste. 500
Detroit, MI 48226
Dated: 3/23/23